**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **JEFFREY TODD, #1803650** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. W-16-CV-288-RP** |
| | § | |
| | § | |
| **REGINALD HAWKINS,** *et al.*, | § | |
| *Defendants*. | § | |

### Defendants' Supplemental Expert Witness List and Disclosures

Pursuant to the Court's scheduling order [#50] and Federal Rule of Civil Procedure 26,

Defendants Marrero, Hawkins, and Craighead serve the following supplemental expert disclosures.

Defendants reserve the right to supplement or amend these disclosures as necessary.

### Defendants' Non-Retained Experts

1. Danny Washington, LVN
   TDCJ Hughes Unit
   3201 FM 929
   Gatesville, TX 76528
   (254) 865-6663

Mr. Washington may testify as to his opinions regarding the nature and causes of Plaintiff's injuries, and Mr. Washington's observations and involvement in Plaintiff's medical treatment for such injuries. Additional support for Mr. Washington's opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.

2. Courtney A. Chung, PA
   TDCJ Hughes Unit
   3201 FM 929
   Gatesville, TX 76528
   (254) 865-6663

Ms. Chung may testify as to her opinions regarding the nature and causes of Plaintiff's injuries, and Ms. Chung's observations and involvement in Plaintiff's medical treatment for such injuries. Additional support for Ms. Chung's opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.

3.  Alam Shanawar, MD
    TDCJ Hughes Unit
    3201 FM 929
    Gatesville, TX 76528
    (254) 865-6663

Dr. Shanawar may testify as to her opinions regarding the nature and causes of Plaintiff's injuries, and Dr. Shanawar's observations and involvement in Plaintiff's medical treatment for such injuries. Dr. Shanawar may also testify as to the prognosis involved in Plaintiff's injuries, including the likelihood of future pain, limitations, and treatment related to such injuries. Additional support for Dr. Shanawar's opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.

4.  Milton O. Togo, PA-C
    TDCJ Hughes Unit
    3201 FM 929
    Gatesville, TX 76528
    (254) 865-6663

Mr. Togo may testify as to his opinions regarding the nature and causes of Plaintiff's injuries, and Mr. Togo's observations and involvement in Plaintiff's medical treatment for such injuries. Mr. Togo may also testify as to the prognosis involved in Plaintiff's injuries, including the likelihood of future pain, limitations, and treatment related to such injuries. Additional support for Mr. Togo's opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.

5.  Theodore Nasiotis, PA
    TDCJ Hughes Unit
    3201 FM 929
    Gatesville, TX 76528
    (254) 865-6663

Mr. Nasiotis may testify as to his opinions regarding the nature and causes of Plaintiff's injuries, and Mr. Nasiotis's observations and involvement in Plaintiff's medical treatment for such injuries. Mr. Nasiotis may also testify as to the prognosis involved in Plaintiff's injuries, including the likelihood of future pain, limitations, and treatment related to such injuries. Additional support for Mr. Nasiotis's opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.

6.  Douglas E. Greene, MD
    TDCJ Hughes Unit
    3201 FM 929
    Gatesville, TX 76528
    (254) 865-6663

Dr. Greene may testify as to his opinions regarding the nature and causes of Plaintiff's injuries, and Dr. Greene's observations and involvement in Plaintiff's medical treatment for such injuries. Dr.

Greene may also testify as to the prognosis involved in Plaintiff's injuries, including the likelihood of future pain, limitations, and treatment related to such injuries. Additional support for Dr. Greene's opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.

7. Glenn M. Garcia, MD
   UTMB Health – Department of Radiology
   1005 Harborside Dr.
   Galveston, TX 77555
   (409) 772-7150

Dr. Garcia may testify as to his opinions regarding the nature and causes of Plaintiff's injuries, and Dr. Garcia's observations and involvement in Plaintiff's medical treatment for such injuries. Dr. Garcia may also testify as to the prognosis involved in Plaintiff's injuries, including the likelihood of future pain, limitations, and treatment related to such injuries. Additional support for Dr. Garcia's opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.

8. Hazel J. Temmen, PT
   TDCJ Hughes Unit
   3201 FM 929
   Gatesville, TX 76528
   (254) 865-6663

Ms. Temmen may testify as to her opinions regarding the nature and causes of Plaintiff's injuries, and Ms. Temmen's observations and involvement in Plaintiff's medical treatment for such injuries. Ms. Temmen may also testify as to the prognosis involved in Plaintiff's injuries, including the likelihood of future pain, limitations, and treatment related to such injuries. Additional support for Ms. Temmen's opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.

9. **Jarome Barnes, RN**
   **TDCJ Hughes Unit**
   **3201 FM 929**
   **Gatesville, TX 76528**
   **(254) 865-6663**

**Nurse Barnes may testify as to his opinions regarding the nature and causes of Plaintiff's injuries, and his observations and involvement in Plaintiff's medical treatment for such injuries. Nurse Barnes may also testify as to the prognosis involved in Plaintiff's injuries, including the likelihood of future pain, limitations, and treatment related to such injuries. Additional support for Nurse Barnes' opinions and testimony may be found in the medical records produced in this case, including documents labeled TODD - 295 to TODD - 763.**

10. **Captain Richard Harvey**
    **TDCJ Hughes Unit**
    **3201 FM 929**

Gatesville, TX 76528
(254) 865-6663

**Captain Harvey may testify as to his knowledge of the events giving rise to the litigation and his review of the use of force report. He will testify that the Defendants' actions were taken within the general guidelines and procedures for the Texas Department of Criminal Justice.**

11. **Major Anthony Patrick**
    **TDCJ Hughes Unit**
    **3201 FM 929**
    **Gatesville, TX 76528**
    **(254) 865-6663**

**Major Patrick may testify as to his knowledge of the events giving rise to the litigation and his review of the use of force report. He will testify that the Defendants' actions were taken within the general guidelines and procedures for the Texas Department of Criminal Justice.**

12. **Assistant Warden Bruce Armstrong**
    **TDCJ Hughes Unit**
    **3201 FM 929**
    **Gatesville, TX 76528**
    **(254) 865-6663**

**Warden Armstrong may testify as to his knowledge of the events giving rise to the litigation and his review of the use of force report. He will testify that the Defendants' actions were taken within the general guidelines and procedures for the Texas Department of Criminal Justice.**

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY E. MASE**
Division Chief
Law Enforcement Defense Division

4

*/s/  C Daniel DiLizia*
**C DANIEL DILIZIA**
Assistant Attorney General
Texas State Bar No. 24099800
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/(512) 495-9139 Fax
c.dilizia@oag.texas.gov

**BRIANA M. WEBB**
Assistant Attorney General
State Bar No. 24077883
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/(512) 495-9139 Fax
Briana.webb@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**
**HAWKINS, CRAIGHEAD AND MARRERO**

## NOTICE OF ELECTRONIC FILING

I, **C DANIEL DILIZIA,** Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above and foregoing, in accordance with the Electronic Case Files System of the Western District of Texas on September 5, 2017.

*/s/ C Daniel DiLizia*
**C DANIEL DILIZIA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **C DANIEL DILIZIA**, Assistant Attorney General of Texas, certify that **Defendants' Supplemental Expert Witness List and Disclosures** has been served via email on September 7, 2017, addressed to:

Karson K. Thompson                    *Via Email*: kthompson@beckredden.com
Beck Redden, LLP
515 Congress Avenue, Suite 1900
Austin, TX 78701
(512) 900-3218

/s/ C Daniel DiLizia
**C DANIEL DILIZIA**
Assistant Attorney General